CUSTOMER'S MOTION TO CHALLENGE GOVERNMENT'S ACCESS
TO FINANCIAL RECORDS

**FILED**

NOV **2 1** 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| DANIEL C. LEE, JR.<br>Movant | ) <br> ) <br> ) | **SA19MC1360JKP** |
| V. | ) <br> ) | Miscellaneous No. _____ |
| DEPARTMENT OF DEFENSE<br>Respondent | ) <br> ) <br> ) <br> ) | |

### MOTION FOR ORDER PURSUANT TO CUSTOMER CHALLENGE
### PROVISIONS OF THE RIGHT TO FINANCIAL PRIVACY ACT OF 1978

TO THE HONORABLE JUDGE OF SAID COURT:

DANIEL C. LEE, JR. hereby moves this Court pursuant to Section 3410 of the Right to

Financial Privacy Act of 1978, 12 United States Code 3401, et seq. for an order preventing the

Government from obtaining access to my financial records. The agency seeking, access is the

Department of Defense.

My financial records are held by Frost Bank.

In support of this motion, the Court is respectfully referred to my sworn statement filed with

this motion.

Respectfully submitted,

Daniel C. Lee, Jr.
Pro Se
843 F Street
San Antonio, Texas 78220
(210) 663-6978

FILED

NOV 21 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

**CUSTOMER'S SWORN STATEMENT FOR FILING A CHALLENGE**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**

DANIEL C. LEE, JR.
    Movant

V.

DEPARTMENT OF DEFENSE
    Respondent

**SA19MC1360JKP**

)
)    Miscellaneous No. _____
)
)
)
)

## SWORN STATEMENT OF MOVANT

FINANCIAL PRIVACY ACT OF 1978

I, DANIEL C. LEE, JR., am presently a customer of Frost Bank, and I am the customer whose records are being requested by the Government.

The financial records sought by the Department of Defense are not relevant to the legitimate law enforcement inquiry stated in the Customer Notice that was sent to me because I notified the Department of Defense on the day my father died of his death and the monthly amount was reduced thereafter approximately from $2,300 per month down to $1,600.00 per month. My father was a minister and I am a minister myself. Neither he nor I would ever defraud anyone, let alone the United States government, for any reason whatsoever. I pride myself in living by God's laws and I do! The government was obviously aware of his death as burial arrangements were made at Ft. Sam Houston National Cemetery for his burial as a service member. Funeral program is attached.

I figured that his monthly payment was reduced because I notified the Department of Defense of his death. I had general power of attorney. Copy is attached of same.

The financial records sought by the Department of Defense should not be disclosed on the following other legal basis: My father left a Will, which is attached and it was probated, I was named as the sole beneficiary and executor of his Will. The documentation is attached. He left everything that he owned or had an interest in to me. My father and I had a joint account at Frost Bank

#018614335.  I am the sole beneficiary to his entire estate and any of his government benefits

belonged to me after his death.  I do not understand why the Department of Defense is harassing me.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: __November 20, 2019__

**DANIEL C. LEE, JR.**

SUBSCRIBED AND SWORN TO BEFORE ME, the undersigned Notary Public, in and for
the State of Texas on this the _20th_ day of _November_, 2019.



ROSALINDA G PEREZ
Notary Public
STATE OF TEXAS
ID#6511679
My Comm. Exp. June 8, 2022

NOTARY PUBLIC in and for
Bexar County, Texas

CERTIFICATE OF SERVICE

I have mailed a copy of this motion and attached sworn statement to Inspector General of the
Department of Defense, c/o DoD IG Subpoena Program Office, 4800 Mark Center Drive, Suite
11H25, West Tower, Alexandria, VA 22350-1500 on the _20th_ day of November, 2019.

Daniel C. Lee, Jr.



**DEFENSE FINANCE AND ACCOUNTING SERVICE**
INTERNAL REVIEW CRIMINAL INVESTIGATIONS BRANCH
8899 East 56th Street, Room 206 V-1
Indianapolis, IN 46249

# NOTICE TO CUSTOMER

Daniel C. Lee, Jr.
843 F Street
San Antonio, TX 78220

Dear Daniel C. Lee:

Records or information concerning your transactions held by the financial institution named in the attached subpoena are being sought by the Office of the Inspector General, Department of Defense, in accordance with the Right to Financial Privacy Act of 1978, 12 U.S.C. §§ 3401 et seq., for the following purpose(s):

To refute or support allegations that during the approximate period of January 1, 2007 through the present, you received retirement benefits for a former U.S. service member to which you were not entitled, in violation of 18 United States Code (U.S.C.) §641 – Theft and Embezzlement of Public Money.

If you desire that such records or information not be made available, you must:

(1) Fill out the accompanying motion paper and sworn statement (as indicated by the instructions beneath each blank space) or write one of your own, stating that you are the customer whose records are being requested by the Government, and either giving the reasons you believe that the records are not relevant to the legitimate law enforcement inquiry stated in this notice or any other legal basis for objecting to the release of the records.

(2) File the motion and sworn statement by mailing or delivering them to the Clerk of any one of the following United States District Courts:

Virginia Eastern District Court
Albert V. Bryan United States Courthouse, 2nd Floor
401 Courthouse Square
Alexandria, VA 22314
(703) 299-2100

Texas Western District Court
John H. Wood Jr. States Courthouse
655 East Cesar E. Chavez Boulevard
Austin, TX 78206
(210) 472-6550

Texas Western District Court
United States Courthouse
501 West 5th Street
Austin, TX 78701
(512) 916-5896

(It would simplify the proceeding if you would include with your motion and sworn statement a copy of the attached subpoena, as well as a copy of this notice.)

(3) Serve the Government authority requesting the records by mailing (by registered or certified mail) or by delivering a copy of your motion and sworn statement to: **Inspector General of the Department of Defense, c/o DoD IG Subpoena Program Office, 4800 Mark Center Drive, Suite 11H25, West Tower, Alexandria, VA 22350-1500.**

(4) Be prepared to come to court and present your position in further detail.

(5) You do not need to have a lawyer, although you may wish to employ one to represent you and protect your rights.

If you do not follow the above procedures, upon the expiration of ten days from the date of service or fourteen days from the date of mailing of this notice, the records or information requested therein may be made available. These records may be transferred to other Government authorities for legitimate law enforcement inquiries, in which event you will be notified after the transfer.

Sincerely,

SUSAN K. MARBACH
Operations Chief
Criminal Investigations Branch, DFAS

Enclosures:

Subpoena Duces Tecum
Appendix A
Statement of Customer Rights under the
Right to Financial Privacy Act of 1978
Instructions for Completing and Filing
Motion and Sworn Statement
Motion Form
Sworn Statement Form
Certificate of Service

2

**United States of America**
**Department of Defense**
**Office of the Inspector General**

**SUBPOENA DUCES TECUM**

TO: <u>Custodian of Records, Frost Bank, ATTN:  Corporate Counsel/Susan Murr, 111 Houston Street, 11th Floor, San Antonio, Texas 78205</u>

YOU ARE HEREBY COMMANDED TO APPEAR BEFORE <u>Special Agent Jodie L. Puskar, or any Special Agent of the Defense Finance and Accounting Service (DFAS), Internal Review Criminal Investigations Branch (DICIB)</u> acting on behalf of the Inspector General, pursuant to the Inspector General Act of 1978 (5 U.S.C. App. 3), at <u>Defense Criminal Investigative Service, DFAS DICIB Investigations, Columbus Resident Agency, 4449 Easton Way, Suite 375, Columbus, Ohio 43219</u> on the <u>31st</u> day following the financial institution's receipt of this subpoena at <u>10</u> o'clock <u>a.m.</u> of that day.

You are hereby required to bring with you and produce at said time and place the following information, documents, reports, answers, records, accounts, papers, and other data and documentary evidence pertaining to <u>any and all Frost Bank account(s), to include account number: 018614335, held solely or jointly by Daniel Lee, believed to be utilized in a scheme to defraud the Department of Defense, for the period January 1, 2007 through the date of this subpoena, as specified in Appendix A,</u> which are necessary in the performance of the responsibility of the Inspector General under the Inspector General Act.

**IN TESTIMONY WHEREOF**, the signature of the duly authorized representative of the Inspector General of the Department of Defense is affixed at Alexandria, Virginia.

WINSTEAD.LAUR A.N.1398719987 Digitally signed by WINSTEAD.LAURA.N.139871998 7 Date: 2019.11.05 08:38:44 -05'00'

Laura N. Winstead
Associate General Counsel, Office of General Counsel

UNIQUE IDENTIFICATION NUMBER:  2020039-22773

# APPENDIX A

## A. DEFINITIONS:

   1. The terms "document" or "documents" mean any written, recorded, graphic material of any kind, including photostats, microfilms, microfiche, tape or disc recordings, computer printouts and other data electronically obtained or otherwise stored from which information can be obtained, either directly, indirectly or by translation, through devices or readers, whether prepared by your or any other person, that is in your possession, custody or control. Any such document is to be produced in a reasonable useable form.

   2. The terms "document" and "documents" include the original document (or copy thereof if the original is not in your possession, custody or control) and all copies that differ in any respect from the original or that bear any notation, marking or information not on the original.

   3. The term "account(s)" means bank accounts, whether open or closed, including but not limited to checking accounts, savings accounts, and credit card accounts.

## B. DOCUMENTS REQUIRED:

Any and all any and all Frost Bank account(s), to include account number: **018614335**, held solely or jointly by **Daniel Lee**, believed to be utilized in a scheme to defraud the Department of Defense, for the period January 1, 2007 through the date of this subpoena.  Documents include, but are not limited to:

1. Documents pertaining to all accounts, including but not limited to:

   a. Documents reflecting account ownership in effect during the identified period, including signature cards;
   b. Monthly account statements;
   c. Automatic Teller Machine (ATM) withdrawal and point of sale debits;
   d. Deposit tickets;
   e. Copies of checks written on the named account and/or deposited into the named account; and
   f. Wire transfer documents.

2. Documents pertaining to all cashier's, manager's, or bank checks, traveler's checks, and money orders purchased or negotiated by any of the named parties or entities, including but not limited to:

UNIQUE IDENTIFICATION NUMBER: 2020039-22773

a. Documents (checks, debit memos, cash in tickets, wires in, etc.,) reflecting the means by which the checks or money orders were purchased;
b. Documents, including bank checks, credit memos, cash out tickets, wires out, etc., reflecting disbursements of the proceeds of any negotiated checks or money orders;
c. Applications for purchase of checks or money orders; and
d. Copies of negotiated checks or money orders.

3. Documents pertaining to wire transfers sent or received by any of the names parties or entities, including but not limited to:

a. Fed Wire, CHIPS, SWIFT, or other money transfer of message documents;
b. Documents, including checks, debit memos, cash in tickets, wires in, etc., reflecting the source of the funds wired out;
c. Documents, including bank checks, credit memos, cash out tickets, wires out, etc., reflecting the ultimate disposition within the bank of the funds wired in;  and
d. Notes, memoranda, or other writings pertaining to the sending or receipt of wire transfers.

4. Documents pertaining to electronic device and account access, including but not limited to:

a. Source IP address with date/time stamp of online-based banking account creation and/or activation;
b. Source device information for account access from mobile banking applications, including mobile device type/model used, telephone number, and International Mobile Equipment Identity Number (IMEI), with associated date/time stamps of ALL activity;
c. Source device information for account access from a personal computer, including PC type/model/operating system used and Media Access Control (MAC) address, with associated date/time stamps of ALL activity; and
d. Source IP address and date/time of web-based activity for ALL online banking activity with date/time stamp.

UNIQUE IDENTIFICATION NUMBER: 2020039-22773

## STATEMENT OF CUSTOMER RIGHTS UNDER THE
## FINANCIAL PRIVACY ACT OF 1978

Federal law protects the privacy of your financial records. Before banks, savings and loan associations, credit unions, credit card issuers, or other financial institutions may give financial information about you to a federal agency, certain procedures must be followed.

CONSENT TO FINANCIAL RECORDS: You may be asked to consent to the financial institution making your financial records available to the Government. You may withhold your consent, and your consent is not required as a condition of doing business with any financial institution. If you give your consent, it can be revoked in writing at any time before your records are disclosed. Furthermore, any consent you give is effective for only three months, and your financial institution must keep a record of the instances in which it discloses your financial information.

WITHOUT YOUR CONSENT: Without your consent, a federal agency that wants to see your financial records may do so ordinarily only by means of a lawful subpoena, summons, formal written request, or search warrant for that purpose. Generally, the federal agency must give you advance notice of its request for your records explaining why the information is being sought and telling you how to object in court. The federal agency must also send you copies of court documents to be prepared by you with instructions for filling them out. While these procedures will be kept as simple as possible, you may want to consult an attorney before making a challenge to a federal agency's request.

EXCEPTIONS: In some circumstances, a federal agency may obtain financial information about you without advance notice or your consent. In most of these cases, the federal agency will be required to go to court for permission to obtain your records without giving you advance notice. In these instances, the court will make the Government show that its investigation and request for your records are proper. When the reason for the delay of notice no longer exists, you will usually be notified that your records were obtained.

TRANSFER OF INFORMATION: Generally, a federal agency that obtains your financial records is prohibited from transferring them to another federal agency unless it certifies that the transfer is proper and sends a notice to you that your records have been sent to another agency.

PENALTIES: If the federal agency or financial institution violates the Right to Financial Privacy Act, you may sue for damages or seek compliance with the law. If you win, you may be repaid your attorney's fee and other costs.

ADDITIONAL INFORMATION: If you have any questions about your rights under this law, or about how to consent to release your financial records, please call the official whose name and telephone number appear below:

---

Special Agent Jodie Puskar
Defense Finance and Accounting Service (DFAS)
Internal Review Criminal Investigations Branch (DICIB)
4449 Easton Way, Suite 375
Columbus, OH 43219
Phone Number: (614) 701-2358
Email Address: jodie.l.puskar.civ@mail.mil

**INSTRUCTIONS FOR COMPLETING AND FILING
THE ATTACHED MOTION AND SWORN STATEMENT**

1. Except where signatures are required, the indicated information should be either typed or printed legibly in ink in the spaces provided on the attachment motion and sworn statement forms. The information required for each space is described in parentheses under each space to be completed.

2. The most important part of your motion is the space on the "sworn statement" form where you must state your reasons for believing that the financial records sought are not relevant to the legitimate law enforcement inquiry stated in the attached notice. You may also challenge the government's access to the financial records if there has not been substantial compliance with the Right to Privacy Act or for any other reasons allowed under the law. You should state the facts that are the basis for your challenge as specifically as you can.

3. To file your motion with the court, either mail or deliver the original and the proper number of copies, as well as, any required filing fee, to the Clerk of the Court. The filing fee can be paid with cash, certified check, or money order. You are required to check with the Clerk of the Court for the district in which you intend to file to ascertain the correct filing fee and correct number of copies required for filing, as well as to ascertain any other local rules of court that may exist.

4. One copy of your challenge papers (motion and sworn statement) and Certificate of Service must be delivered or mailed (by registered or certified mail) to the government official whose name appears in item 3 of the customer notification letter.

5. If you have further questions, contact the government official whose name and telephone appear on the Customer Notice.



Celebrating Life

Reverend Daniel Lee

Service
Friday, July 13, 2007

Greater Love Missionary Baptist Church
1534 Peck
San Antonio, Texas

Reverend Lester J. Gillespie, Pastor
Reverend Glenn P. Taylor, Eulogist

## *The Order of Worship and Celebration*

### Reverend N. Jackson, Officiating

Prelude ................................................................................................ Organist

Processional ........................................................ Clergy, Pallbearers and Family

(Final Viewing    Once casket is closed it will remain closed)

Scripture Reading:

    OLD TESTAMENT ........................................................... Minister Appointee

    NEW TESTAMENT ........................................................... Minister Appointee

Selection .............................................................................. D. Brown and Family

Obituary Read ....................................................................................... Silently

Resolutions

Remarks and Expressions

(Please Limit Comment to Two Minutes Please)

Musical Solo .............................................................................. Melanie and Jamie

Acknowledgment ............................................................................ Daniel C. Lee

Musical Solo

Homegoing Message ............................................... Reverend Glenn P. Taylor

Pastor, Canaan Missionary Baptist Church

Recessional ........................................................................... Clergy and Family

## *Interment*



Fort Sam Houston National Cemetery
1520 Harry Wurzbach
San Antonio, Texas



## Obituary

Reverend Daniel Lee was born to Robert Lee and Sadie Coleman Lee on December 23, 1922 in Talladega, Alabama. He confessed his love and discipleship to Christ; received baptismal in the Cooser River and was called to the ministry at an early age. Reverend Lee attended public school in Talladega, Alabama. He served his country as a member of the United States Air Force and retired as a Senior Master Sergeant.

Reverend Lee departed this life on Monday, July 9, 2007 in San Antonio, Texas. He was greeted on the celestial shores by his parents, one daughter, Francine Hinton; two brothers, Francy and Crawford "Toby" Lee. He leaves to cherish his memory five children, Denise Ellen Page, Jacqueline Iris Lee, Benjamin Lee, Stephanie D. Lee and Daniel Lee, Jr.; two sisters, Rose (Leroy) Callier and Beatrice Swain; four grandchildren, Robin Anderson, Dominion King Lee, Destinee Princess Lee, and Kefa Jaliyl Pereira; three great- grandchildren, Jordan, D'Jole and Yasmeen Anderson.; sister-in-law, Addie Lee, and a host of nieces, nephews, cousins and friends.

## Psalm 23

The Lord is my shepherd, I shall not want...
He makes lie down in green pastures, He leads me beside still waters...
He restores my soul, He leads me in the path of righteousness for his name's sake...
Yea, though I walk through the valley of the shadow of death, I will fear no evil...
For thou art with me, thy rod and thy staff they comfort me...
Thou prepares a table before me in the presence of mine enemies...
Thou anoints my head with oil, my cup runs over...
Surely goodness and mercy shall follow me all the day of my life...
And I will dwell in the house of the Lord forever.



### Active Pallbearers

| Michael Brown | Michael Alexander |
|---|---|
| Adrian J. Nichols | Andrea J. Nichols |
| James T. Bryant | Anselmo "Chemo" Leal |

### Honorary Pallbearers

Roger Warner

Reverend Carl LaBruce

### A Better Place

He is in a better place... Than he's ever been before

All pain is gone; he 's now at rest... Nothing troubles him anymore

It's we who feel the burden of our sadness, and our grief;

We have to cry, to mourn our loss... Before we get relief;

We know we'll reconnect with him... At the end of each life's road;

We'll see his cherished face again... When we release our earthly load.

*By Joanna Fuchs*

### Acknowledgment

We thank you so very much for your prayers, telephone calls, visits and words of encouragement.  We
appreciate all of you.  May God continue to bless and keep you in our prayers
May God Bless and Keep You!

*The family of the late Daniel Lee*

FUNERAL ARRANGEMENTS ENTRUSTED TO:

## Sutton-Sutton Mortuary, Inc.

320 South WW White Road

San Antonio, Texas 78219

Telephone: 210-359-6037   Facsimile: 210-359-9640

www.sutton-suttonmortuary.com

"Providing Service with Dignity, Distinction and Dependability"

System ANy ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

System

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**

1903990

THE STATE OF TEXAS

# STATE OF TEXAS
## SAN ANTONIO METROPOLITAN HEALTH DISTRICT

CERTIFICATION OF VITAL RECORD

### CERTIFICATE OF DEATH
#### STATE OF TEXAS

STATE FILE NUMBER

| 1. LEGAL NAME OF DECEASED (include AKA's if any) (First, Middle, Last) | | |
|---|---|---|
| Daniel | Lee | Sr. |

| 2. DATE OF DEATH – ACTUAL OR PRESUMED | (Modern) |
|---|---|
| June 9, 2007 | |

| 3. SEX | 4. DATE OF BIRTH | 5. AGE–Last Birthday (Years) | IF UNDER 1 YR | IF UNDER 1 DAY | 6. BIRTHPLACE (City & State or Foreign Country) |
|---|---|---|---|---|---|
| Male | December 23, 1922 | 84 | MOS | DAYS | HOURS | MIN | Talladega, Alabama |

| 7. SOCIAL SECURITY NUMBER | 8. MARITAL STATUS AT TIME OF DEATH | 9. SURVIVING SPOUSE (if wife, give name prior to first marriage) |
|---|---|---|
| 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 | ☐ Married ☐ Never Married ☒ Widowed ☐ Divorced ☐ Unknown | |

| 10a. RESIDENCE STREET ADDRESS | | |
|---|---|---|
| 843 F Street | | |

| 10b. CITY OR TOWN | 10c. APT. NO | 10d. ZIP CODE | 10e. INSIDE CITY LIMITS? |
|---|---|---|---|
| San Antonio | | 78220 | ☒ Yes ☐ No |

| 10f. COUNTY | 10g. STATE |
|---|---|
| Bexar | Texas |

| 11. FATHER'S NAME | 12. MOTHER'S NAME PRIOR TO FIRST MARRIAGE |
|---|---|
| Robert Lee | Sallie Coleman |

| 13. PLACE OF DEATH (CHECK ONLY ONE) | | |
|---|---|---|
| IF DEATH OCCURRED IN A HOSPITAL: ☐ Inpatient ☐ Outpatient ☐ DOA | | |
| IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL: ☐ Hospice Facility ☒ Nursing Home ☐ Decedent's Home ☐ Other (Specify) | | |

| 14. FACILITY NAME (if not institution, give street address) | 15. CITY/TOWN, ZIP (if county or city limits, give parcel no.) | 16. COUNTY OF DEATH |
|---|---|---|
| HeartLand Manor Of San Antonio | San Antonio 78211 | Bexar |

| 17. INFORMANT'S NAME & RELATIONSHIP TO DECEASED | 18. MAILING ADDRESS OF INFORMANT (Street and Number, City, State, Zip Code) |
|---|---|
| Daniel Lee, Jr. Son | 843 F. Street, San Antonio, Texas 78220 |

| 19. SIGNATURE AND LICENSE NUMBER OF FUNERAL DIRECTOR OR PERSON | 20. METHOD OF DISPOSITION |
|---|---|
| ACTING AS SUCH | ☐ Burial ☐ Cremation ☐ Donation ☐ Removal From State ☐ Entombment ☐ Other (Specify) |
| Viddie King White #8720 | |

| 21. | | | 22. LOCATION (City/Town, and State) | 22. PLACE OF DISPOSITION (Name of cemetery, crematory, other place) |
|---|---|---|---|---|
| Section 44 | Block | Lot | Space 475 | Fort Sam Houston, Texas | Fort Sam Houston National Cemetery |

| 23. COMPLETE ADDRESS OF FUNERAL FACILITY (Street and Number, City, State, Zip Code) | 24. NAME OF FUNERAL FACILITY |
|---|---|
| 320 South W. White Road San Antonio, Texas 78219 | Barron-Sutton Mortuary, Incorporated |

| 25. Certifying Physician - To the best of my knowledge, death occurred due to the cause(s) and manner stated. | | |
|---|---|---|
| ☐ Medical Examiner/Justice of the Peace - On the basis of examination, and/or investigation, in my opinion, death occurred at the time, date, and place, due to the cause(s) and manner stated. | | |

| 26. CERTIFIER (Check only one) | | |
|---|---|---|

| 27. SIGNATURE OF CERTIFIER | 28. DATE CERTIFIED (Mo/Day/Yr) | 29. LICENSE NUMBER | 30. TIME OF DEATH |
|---|---|---|---|
| | 7.13. 2007 | MW467 | 5:23 A.M. |

| 31. PRINTED NAME AND ADDRESS OF CERTIFIER (Street and Number, City, State, Zip Code) | 32. TITLE OF CERTIFIER |
|---|---|
| Uthatl Kasprabhat 540 Madison Oak Drive Suite 330 San Antonio, Texas 78258 | M.D. |

CAUSE OF DEATH

33. PART I. ENTER THE CHAIN OF EVENTS – DISEASES, INJURIES, OR COMPLICATIONS – THAT DIRECTLY CAUSED THE DEATH. DO NOT ENTER TERMINAL EVENTS SUCH AS CARDIAC ARREST, RESPIRATORY ARREST, OR VENTRICULAR FIBRILLATION WITHOUT SHOWING THE ETIOLOGY. DO NOT ABBREVIATE. ENTER ONLY ONE CAUSE ON EACH LINE.

| | | Approximate interval: Onset to death |
|---|---|---|
| IMMEDIATE CAUSE (Final disease or condition → resulting in death) a. | Respiratory arrest | hour |
| Due to (or as a consequence of): b. | Pneumonia | chap |
| Due to (or as a consequence of): c. | CVA | chap |
| Due to (or as a consequence of): d. | | |

PART 2. ENTER OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART 1.

| 34. WAS AN AUTOPSY PERFORMED? | 35. WERE AUTOPSY FINDINGS AVAILABLE TO COMPLETE THE CAUSE OF DEATH? |
|---|---|
| ☐ Yes ☒ No | ☐ Yes ☐ No |

| 36. MANNER OF DEATH | 37. DID TOBACCO CONTRIBUTE TO DEATH? | 38. IF FEMALE: |
|---|---|---|
| ☒ Natural ☐ Accident ☐ Suicide ☐ Homicide ☐ Pending Investigation ☐ Could not be determined | ☐ Yes ☐ Probably ☐ No ☐ Unknown | ☐ Not pregnant within past year ☐ Pregnant at time of death ☐ Not pregnant, but pregnant 42 days to 1 year before death ☐ Not pregnant, but pregnant within 42 days of death ☐ Unknown if pregnant within the past year |

| 39. IF TRANSPORTATION INJURY, SPECIFY: | 40a. DATE OF INJURY (Mo/Day/Yr) | 40b. TIME OF INJURY | 40c. INJURY AT WORK? | 40d. PLACE OF INJURY (e.g., Decedent's home, construction site, restaurant, wooded area) |
|---|---|---|---|---|
| ☐ Driver/Operator ☐ Passenger ☐ Pedestrian ☐ Other (Specify) | | | ☐ Yes ☐ No | |

| 40e. LOCATION (Street and Number, City, State, Zip Code) | 40f. COUNTY OF INJURY |
|---|---|

41. DESCRIBE HOW INJURY OCCURRED

The penalty for knowingly making a false statement in this form can be 2-10 years in prison and a fine of up to $10,000. (Health and Safety Code, Sec. 195.1849)
WARNING

VS-112 REV 12/2006

| 42a. REGISTRAR'S FILE NO. | 42b. DATE RECEIVED BY LOCAL REGISTRAR | 42c. REGISTRAR |
|---|---|---|
| 02 06877 | JUL 1 9 2007 | Samuel V. Torres |

TEXAS DEPARTMENT OF STATE HEALTH SERVICES – VITAL STATISTICS UNIT

This is to certify that this is a true and correct reproduction of the original record as recorded in this office.
Issued under authority of Sec. 191.051, Health and Safety Code.

Issued:   JUL 2 0 2007

Samuel V. Torres
Local Registrar

*G11832*
*Les*

LF205-04
R205-04

# GENERAL POWER OF ATTORNEY
## (With Durable Provision)

**NOTICE: THIS IS AN IMPORTANT DOCUMENT. BEFORE SIGNING THIS DOCU-
MENT, YOU SHOULD KNOW THESE IMPORTANT FACTS. THE PURPOSE OF THIS
POWER OF ATTORNEY IS TO GIVE THE PERSON WHOM YOU DESIGNATE (YOUR
"AGENT") BROAD POWERS TO HANDLE YOUR PROPERTY, WHICH MAY
INCLUDE POWERS TO PLEDGE, SELL OR OTHERWISE DISPOSE OF ANY REAL
OR PERSONAL PROPERTY WITHOUT ADVANCE NOTICE TO YOU OR APPROVAL
BY YOU. YOU MAY SPECIFY THAT THESE POWERS WILL EXIST EVEN AFTER
YOU BECOME DISABLED, INCAPACITATED OR INCOMPETENT. THIS DOCUMENT
DOES NOT AUTHORIZE ANYONE TO MAKE MEDICAL OR OTHER HEALTH CARE
DECISIONS FOR YOU. IF THERE IS ANYTHING ABOUT THIS FORM THAT YOU DO
NOT UNDERSTAND, YOU SHOULD ASK A LAWYER TO EXPLAIN IT TO YOU. YOU
MAY REVOKE THIS POWER OF ATTORNEY IF YOU LATER WISH TO DO SO.**

      **TO ALL PERSONS**, be it known that I,

of

the undersigned Grantor, do hereby make and grant a general power of attorney to

of

and do thereupon constitute and appoint said individual as my attorney-in-fact/agent.

      My attorney-in-fact/agent shall act in my name, place and stead in any way which I myself could do, if I were personally present, with respect to the following matters, to the extent that I am permitted by law to act through an agent:

**(NOTICE:** The grantor must write his or her initials in the corresponding blank space of a box below with respect to each of the subdivisions (A) through (O) below for which the Grantor wants to give the agent authority. If the blank space within a box for any particular subdivision is NOT initialed, NO AUTHORITY WILL BE GRANTED for matters that are included in that subdivision. Cross out each power withheld.)



| | |
|---|---|
| (A) | Real estate transactions |
| (B) | Tangible personal property transactions |
| (C) | Bond, share and commodity transactions |
| (D) | Banking transactions |
| (E) | Business operating transactions |
| (F) | Insurance transactions |
| (G) | Gifts to charities and individuals other than Attorney-in-Fact/Agent |
| | (If trust distributions are involved or tax consequences are anticipated, consult an attorney.) |

**SCANNED**

**NOV 1 9 2007**

© 1992-2001 Made E-Z Products, Inc.
This product does not constitute the rendering of legal advice or services. This product is intended for informational use only and is not a substitute for legal advice. State laws vary, so consult an attorney on all legal matters. This product was not necessarily prepared by a person licensed to practice law in your state.

Page 1

Rev. 10/01

611832
Lee

| | | |
|---|---|---|
| [ Dr ] | (H) | Claims and litigation |
| [ Dr ] | (I) | Personal relationships and affairs |
| [ Dr ] | (J) | Benefits from military service |
| [ Dr ] | (K) | Records, reports and statements |
| [ Dr ] | (L) | Full and unqualified authority to my attorney-in-fact/agent to delegate any or all of the foregoing powers to any person or persons whom my attorney-in-fact/agent shall select |
| [ Dr ] | (M) | Access to safe deposit box(es) |
| [ Dr ] | (N) | To authorize medical and surgical procedures (Pennsylvania only) |
| [ Dr ] | (O) | All other matters |

**Durable Provision:**

[ Dr ]    (P)   If the blank space in the block to the left is initialed by the Grantor, this power of attorney shall not be affected by the subsequent disability or incompetence of the Grantor.

**Other Terms:**

My attorney-in-fact/agent hereby accepts this appointment subject to its terms and agrees to act and perform in said fiduciary capacity consistent with my best interests as he/she in his/her best discretion deems advisable, and I affirm and ratify all acts so undertaken.

TO INDUCE ANY THIRD PARTY TO ACT HEREUNDER, I HEREBY AGREE THAT ANY THIRD PARTY RECEIVING A DULY EXECUTED COPY OR FACSIMILE OF THIS INSTRUMENT MAY ACT HEREUNDER, AND THAT REVOCATION OR TERMINATION HEREOF SHALL BE INEFFECTIVE AS TO SUCH THIRD PARTY UNLESS AND UNTIL ACTUAL NOTICE OR KNOWLEDGE OF SUCH REVOCATION OR TERMINATION SHALL HAVE BEEN RECEIVED BY SUCH THIRD PARTY, AND I FOR MYSELF AND FOR MY HEIRS, EXECUTORS, LEGAL REPRESENTATIVES AND ASSIGNS, HEREBY AGREE TO INDEMNIFY AND HOLD HARMLESS ANY SUCH THIRD PARTY FROM AND AGAINST ANY AND ALL CLAIMS THAT MAY ARISE AGAINST SUCH THIRD PARTY BY REASON OF SUCH THIRD PARTY HAVING RELIED ON THE PROVISIONS OF THIS INSTRUMENT.

Signed under seal this **3rd** day of **May** , 20 **04**

Signed in the presence of:

*Tommy Leach*
Witness

*Paul Zybizko*
Witness

*Daniel Lee*
Grantor

*Daniel C. Lee*
Attorney-in-Fact/Agent

SCANNED
NOV 19 2007

State of . TEXAS
County of BEXAR
On May 3, 2004  before me, Daniel Lee & Daniel C. Lee personally known / appeared to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

Signature *René Bomar*

RENE BOMAR
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 10-31-2005

Page 2

Affiant ____ Known ____ (Produced ID)
Type of ID TEXAS D.L.
(Seal)

Daniel Lee TDL 05775 02
Daniel C. Lee TDL 000664 5

2007 AUG -3 PM 2:27

## LAST WILL AND TESTAMENT OF REV. DANIEL LEE

GERRY RICKHOFF
CLERK PROBATE COURTS
BEXAR COUNTY, TEXAS

BY

| | | |
|---|---|---|
| **THE STATE OF TEXAS** | § | KNOWN ALL MEN BY THESE |
| | § | |
| **COUNTY OF BEXAR** | § | **PRESENTS:** |

That I, REV. DANIEL LEE, of 843 F Street, San Antonio, Texas, Bexar County, being of sound and disposing mind and memory and above the age of eighteen (18), do make and publish this my Last Will and Testament, hereby revoking all Wills, by me at any time heretofore made.

FIRST: I direct that all my debts shall be paid as soon as they might accrue.

SECOND: I give, devise and bequeath to my beloved Son, REV. DANIEL CORNELIUS LEE, all the rest and residue of my property of every kind and description of which I may die seized or possessed or in which I may have an interest, whether real, personal or mixed and wherever situated. Including and not limited to the property known as 843 F Street, San Antonio, Texas, Bexar County and all its contents and attachments.

THIRD: If my son, REV. DANIEL CORNELIUS LEE, should predecease me, then the share herein devised and bequeathed to said deceased beneficiary shall descend to his children surviving him, in equal parts, per stirpes; should such deceased beneficiary die without having child or children surviving him, then the share herein devised and bequeathed shall vest in my surviving children.

FOURTH: I hereby appoint my son, REV. DANIEL CORNELIUS LEE, Independent Executor of my will and I direct that no bond shall be required of him and that no other action shall be had in the County Court in relation to the settlement of said estate than the probating and recording of this, my will, and the return of statutory inventory, appraisement and list of claims of said estate and all claims due or owing by

STATE OF TEXAS COUNTY OF BEXAR
CERTIFIED COPY CERTIFICATE
The page to which this certificate is affixed may have
been lawfully altered to remove confidential personal
information but is otherwise a full, true and correct
copy of the original on file and of record in my office.
ATTESTED:

JAN 0 6 2012

GERARD RICKHOFF
COUNTY CLERK
BEXAR COUNTY, TEXAS

BY:
DEPUTY

VOL 0712 PG 0166

me at the time of my death.  If anyone contests this my Last Will, said person shall be excluded from any distribution of assets listed herein and inventoried.  I hereby authorize and empower my said Independent Executor to mortgage, sell dispose of, deliver and convey any portion of my estate, real or personal, at public or private sale, for any price, on any terms and in any manner that may seem to his best, or to lease, pledge or otherwise manage any and all of my property.

This I make and publish as my Last Will, hereunto signing and subscribing my name, this _15_ day of _December_, 2004, in the presence of _Roger Warner_, and _Newell Jackson_ who attest the same at my request.

The above instrument was now here as his Last Will and signed and subscribed by REV. DANIEL LEE, the Testator, in our presence, and we, at his request, in his presence, and in the presence of each other, sign and subscribe our names hereto as attesting witnesses.

_Roger Warner_                         227 Orchard  S.A. Tx

_Rev. Newell Jackson_              7310 Elderpath Pl  San Antonio Tx
**WITNESSES**                            78233
                                                     **ADDRESSES**

STATE OF TEXAS COUNTY OF BEXAR
CERTIFIED COPY CERTIFICATE
The page to which this certificate is affixed may have
been lawfully altered to redact confidential personal
information but is otherwise a full, true and correct
copy of the original on file and of record in my office.
ATTESTED:

JAN 0 6 2012

GERARD RICKHOFF
COUNTY CLERK
BEXAR COUNTY, TEXAS

BY: _____
         DEPUTY

VOL 0712 PG 9167

THE STATE OF TEXAS        §
                                  §

COUNTY OF BEXAR         §

         BEFORE ME, the undersigned authority, on this day personally appeared REV. DANIEL LEE, *Newell Jackson*, and *Roger Warner*, known to me by the Testator and the witnesses, respectively, whose names are subscribed to the annexed or forgoing instrument in their respective capacities, and all of said persons being by me duly sworn, the said Rev. Daniel Lee, Testator, declared to me and to the said witnesses, in my presence that said instrument is his Last Will and Testament and that he had willingly made and executed it as his free act and deed for the purposes therein expressed; and the said witnesses, each on their oaths, stated to me and in the presence and hearing of the Testator that the said Testator had declared to them that said instrument is his Last Will and Testament, and that he executed the same as such and wanted each of them to sign it as a witness; and upon their oaths, each witness stated further that they did sign the same as witnesses in the presence of the said Testator and at his request; and that he was at the time eighteen (18) years of age or over, and was of sound mind and that each of said witnesses was then at least fourteen (14) years of age.

                                     _____
                                     REV. DANIEL LEE

                                     _____

                                     _____
                                     WITNESSES

         SUBSCRIBED AND SWORN BEFORE ME by the said Rev. Daniel Lee, Testator, and by the said *Newell Jackson* and *Roger Warner* Witnesses, this the *15th* day of *December*, 2004.

                                   *Deborah R Warner*
                                   Notary Public for the State of Texas

> DEBORAH R WARNER
> Notary Public
> State of Texas
> My Commission Expires
> February 14, 2007

VOL 0712 PG 9168

STATE OF TEXAS COUNTY OF BEXAR
CERTIFIED COPY CERTIFICATE
The page to which this certificate is affixed may have been lawfully altered to redact confidential personal information but is otherwise a full, true and correct copy of the original on file and of record in my office.
ATTESTED:

JAN 0 6 2012

GERARD RICKHOFF
COUNTY CLERK
BEXAR COUNTY, TEXAS

BY: _____
          DEPUTY

THE STATE OF TEXAS
NOTICE OF APPLICATION FOR PROBATE OF WILL

No. __2007PC2379__

FILED
IN MATTERS PROBATE

Estate of: REV. DANIEL LEE, DECEASED

2007 AUG -6  A II: 38

To any Sheriff or any Constable within the State of Texas - GREETING:
     YOU ARE HEREBY COMMANDED to cause to be posted  (for TEN DAYS,  exclusive of the day
of posting, before the return hereof),  in Bexar County,  at the Courthouse door, Bexar
County, a copy of the following Notice:
THE STATE OF TEXAS
     TO ALL PERSONS interested in the Estate of
                REV. DANIEL LEE, DECEASED

BY _____

Number   2007PC2379

  REV. DANIEL CORNELIUS LEE
has  filed in the Probate Court No. __1__, of Bexar County, an application for the probate
of the last will and testament of
                REV. DANIEL LEE, DECEASED

and for letters  testamentary  thereunder, which  may be heard by said Court after  10:00
o'clock a.m. the first Monday after the service is perfected, the same being the __20TH__
day of ___August___, A.D. _2007_ at the Courthouse thereof, in the City of San Antonio
before which time all  persons interested in said  Estate are cited to appear by filing a
written answer to said application and contest the same should they desire to do so.
     HEREIN FAIL NOT,  but have you then and there before said Court this writ, with your
return thereon endorsed, showing how you executed the same.
     GIVEN under my hand and seal of said Court,  at office,  in the City of San Antonio,
this the _6TH_ day of ___August___, A.D. _2007_ Issued same day.
                                        GERARD RICKHOFF, CLERK,
                                        Probate Court No. 1
                                        Bexar County, Texas
                                        By _____ Deputy
                                           CAROLYN PHILLIPS

SHERIFF'S RETURN

     Came to hand on the _6TH_ day of _August_____ A.D. _2007_, at _____ o'clock
____m., and executed on the _6TH_ day of _August_____ A.D. _2007_, by posting a copy
of this notice at the Courthouse door in Bexar County, Texas.

                              RALPH LOPEZ
                              Sheriff, Bexar County, Texas

FEE --- $_____          By _____, Deputy
                                           Badge # _____

2007PC2379
(DKP017)

ORIGINAL

NO. **PC2379**

FILED
IN MATTERS PROBATE

| | |
|---|---|
| ESTATE OF | IN THE PROBATE COURT AUG -3 PM 2:27 |
| REV. DANIEL LEE, | NUMBER _____ **1** GERRY RICKHOFF |
| | CLERK PROBATE COURTS |
| DECEASED | BEXAR COUNTY, TEXAS |
| | BY_____ |
| | DEPUTY |

## APPLICATION FOR PROBATE OF WILL AND ISSUANCE OF LETTERS TESTAMENTARY

TO THE HONORABLE JUDGE OF SAID COURT: **POST NOTICE**

NOW comes REV. DANIEL CORNELIUS LEE, hereinafter called Applicant, and would respectfully show the Court the following:

I.

The Applicant, REV. DANIEL CORNELIUS LEE, is domiciled in San Antonio, Bexar County, Texas.

II.

The Decedent, REV. DANIEL LEE, died on or about June 9, 2007, in San Antonio, Bexar County, Texas, and at the time of his death Decedent was 84 years of age; that more than four (4) years have not elapsed since his death and prior to this application.

III.

This Court has jurisdiction and venue because Decedent was a resident of Bexar County, and because the principal estate of Decedent was in Bexar County, Texas.

IV.

The Decedent owned real and personal property with a probable value in excess of $10,000.00.

V.

The Decedent left a Will dated December 15, 2004 with ROGER WARNER and NEWELL JACKSON of San Antonio, Texas, subscribing their names to said Will as witnesses of the execution thereof by the Decedent. The Applicant will show the Court t

VOL 0712 PG 9164

that said Will is not a self-proving Will and that Applicant will prove the Will in accordance with Section 84 of the Texas Probate Code. Applicant will show the court that said Will named Applicant as Independent Executor.

VI.

That no child or children were born to or adopted by Decedent after the making of said Will.

VII.

The Applicant will show the Court the Decedent was never divorced.

VIII.

The Applicant will show the Court that he is not disqualified by law from accepting Letters Testamentary.

IX.

The Applicant will still further show the court there is no state governmental agency or charitable organization named in the Will as devisee.

WHEREFORE, PREMISES CONSIDERED, Applicant prays that citation be issued as required by law, and that upon hearing hereof, said Will be admitted to probate and that Letters Testamentary be issued to Applicant as Independent Executor of said estate, and for such other relief as the Court may deem proper.

Respectfully submitted,

RAUL X. VILLARREAL
Bar No. 20584500
809 S. St. Mary's
San Antonio, Texas 78205
(210) 472-2227
(210) 224-0661 FAX

ATTORNEY FOR APPLICANT

VOL 0712 PG 9165

NO. **2007 PC2379**

ESTATE OF

REV. DANIEL LEE,

DECEASED

IN THE PROBATE COURT   ~~FILED~~

NUMBER

BEXAR COUNTY, TEXAS   SEP 04 2007

GERRY RICKHOFF
CLERK PROBATE COURT NO. 1
BEXAR COUNTY TEXAS
BY_____ DEPUTY

### PROOF OF DEATH AND OTHER FACTS

On this day, REV. DANIEL CORNELIUS LEE, ("Affiant") personally appeared

in open Court, and after being duly sworn stated the following:

1. REV. DANIEL LEE, Decedent, died on June 9, 2007, in San Antonio, Bexar County, Texas at age of 84 years and four (4) years have not elapsed since the date of Decedent's death.

2. Decedent was domiciled and had a fixed place of residence in San Antonio, Bexar County, Texas on the date of death.

3. The document dated December 15, 2004, now shown to me and which purports to be Decedent's Will was never revoked so far as I know

4. Citation has been served and returned in the manner and for the length of time required by the Texas Probate Code.

5. That the Applicant, REV. DANIEL CORNELIUS LEE is not disqualified to receive Letters Testamentary and is entitled to such letters.

SIGNED this _4th_ day of _Sep_, 2007.

_____
REV. DANIEL CORNELIUS LEE

SUBSCRIBED AND SWORN TO BEFORE ME by REV. DANIEL CORNELIUS LEE, this _4th_ day of _Sept_, 2007, to certify which witness my hand and seal of office.

_____         GERRY RICKHOFF
Clerk of the Probate Court of Bexar       Clerk, Probate Court No. 1
County Texas                              Bexar County, Texas

By: _____           By _____
    Deputy                                           Deputy

VOL 0714 PG 4313



NO. _____

| ESTATE OF | IN THE PROBATE COURT |
| REV. DANIEL LEE, | NUMBER |
| DECEASED | BEXAR COUNTY, TEXAS |

SEP 4 2007

GERRY RICKHOFF
CLERK, PROBATE COURT NO. 1
BEXAR COUNTY, TEXAS
DEPUTY

## PROOF OF DECEDENT'S SIGNATURE

On this day ROGER WARNER, ("Affiant") personally appeared in open court,

and after being duly sworn, stated the following:

I was personally acquainted with REV. DANIEL LEE, ("Decedent") and was

well acquainted with the signature of Decedent. The document dated December 15,

2004, now shown to me and which purports to be Decedent's Will, has the signature of

Decedent's subscribed thereto. On that date, Decedent was of sound mind and had

attained the age of eighteen (18) years. *And I signed the same as a R W*
*witness in his presence and at his request.*

SIGNED this *4th* day of *SEPT*, 2007.

*Roger Warner*

ROGER WARNER, Affiant

SUBSCRIBED AND SWORN TO BEFORE ME by ROGER WARNER, this
*4th* day of *Sept*, 2007, to certify which witness my hand and seal of office.

_____
Clerk of the County Court of Bexar County
Texas

GERRY RICKHOFF
Clerk, Probate Court No. 1
Bexar County, Texas

By:_____
Deputy

By *Nancy Underwood*
Deputy

VOL 0714 PG 4314

200: PC2379

NO. _____

| ESTATE OF | IN THE PROBATE COURT |
| REV. DANIEL LEE, | NUMBER _____ **FILED** |
| DECEASED | BEXAR COUNTY, TEXAS 2007 |

### OATH OF INDEPENDENT EXECUTOR

I do solemnly swear that the writing which has been offered for probate is the last

Will of REV. DANIEL LEE, so far as I know or believe, and that I will truly perform all

the duties of Independent Executor of the Estate of REV. DANIEL LEE, Deceased.

_____
REV. DANIEL CORNELIUS LEE

SUBSCRIBED AND SWORN TO BEFORE ME BY REV. DANIEL
CORNELIUS LEE this ____ day of _____, 2007, to certify which witness
my hand and seal of office.

GERRY RICKHOFF
Notary Public, State of Texas
Clerk, Probate Court No. 1
Bexar County, Texas

By_____
Deputy

VOL 0714 PG 4318

2003 PC2379

NO. _____

| | |
|---|---|
| ESTATE OF | IN THE PROBATE COURT |
| REV. DANIEL LEE, | NUMBER |
| DECEASED | BEXAR COUNTY, TEXAS |

## ORDER ADMITTING WILL TO PROBATE AND AUTHORIZING LETTERS TESTAMENTARY

On this day came on to be heard the Application for Probate of Will and Issuance of Letters of Testamentary filed by REV. DANIEL CORNELIUS LEE, ("Applicant") in the Estate of REV. DANIEL LEE, Deceased ("Decedent").

The Court, having heard the evidence and having reviewed the Will and other documents filed herein, finds that the allegations contained in the Application are true; that notice and citation have been given in the manner and for the length of time required by law; that Decedent is dead and that four years have not elapsed since the date of Decedent's death; that this Court has jurisdiction and venue of the Decedent's estate; that Decedent left a Will dated December 15, 2004, executed with the formalities and solemnities and under the circumstances required by law to make it a valid Will; that on such date Decedent had attained the age of 18 years and was of sound mind; that such Will was not revoked by Decedent; that no objection to or contest of the probate of such Will has been filed; that all the necessary proof required for the probate of such Will has been filed; that the two (2) witnesses present at the execution of this Will filed a proof of signature of the Decedent; that all the necessary proof required for the probate of such Will has been made; that such Will is entitled to probate; that in said Will, Decedent named his son, REV. DANIEL CORNELIUS LEE, as Independent Executor to serve without bond; who is duly qualified and not disqualified by law to act as such, and to receive Letters Testamentary.

It is therefore ORDERED, ADJUDGED and DECREED that such Will is admitted to probate, and the Clerk of this Court is ORDERED to record the Will, together

STATE OF TEXAS COUNTY OF BEXAR
CERTIFIED COPY CERTIFICATE
The page to which this certificate is affixed may have
been lawfully altered to redact confidential personal
information but is otherwise a full, true and correct
copy of the original on file and of record in my office
ATTESTED:

JAN 0 6 2012

GERARD RICKHOFF
COUNTY CLERK
BEXAR COUNTY, TEXAS

BY:

VOL 0714 PG 4316

with the Application in the minutes of this Court.

It is therefore ORDERED, ADJUDGED and DECREED that no bond or other security is required and upon the taking and filing of the oath as required by law, Letters Testamentary shall issue to REV. DANIEL CORNELIUS LEE, who is appointed Independent Executor of Decedent's Will and Estate, and no other action shall be had in this Court other than the return of an Inventory, Appraisement and List of Claims as required by law.

SIGNED AND ENTERED this 4th day of _____, 2007.

FILED

SEP 0 4 2007

GERRY RICKHOFF
CLERK PROBATE COURT NO. 1
BEXAR COUNTY, TEXAS

BY _____ DEPUTY

_____
JUDGE PRESIDING

STATE OF TEXAS COUNTY OF BEXAR
CERTIFIED COPY CERTIFICATE
The page to which this certificate is affixed may have been lawfully altered to redact confidential personal information but is otherwise a full, true and correct copy of the original on file and of record in my office
ATTESTED:

JAN 0 6 2012

GERARD RICKHOFF
COUNTY CLERK
BEXAR COUNTY, TEXAS

BY _____

VOL 0714 PG 4317

NO. 2007PC2379

ESTATE OF REV. DANIEL LEE, DECEASED | IN PROBATE COURT

BEXAR COUNTY, TEXAS

IN MATTERS PROBATE

## LETTERS TESTAMENTARY

The State of Texas

County of Bexar

I, GERARD RICKHOFF, Clerk of the Probate Court of Bexar County, Texas, DO HEREBY CERTIFY, that the last Will and Testament of the above named deceased has been admitted to Probate and on the 4th day of September A.D., 2007, REV. DANIEL CORNELIUS LEE

qualified according to law as INDEPENDENT EXECUTOR                                    of the Estate of REV. DANIEL LEE, DECEASED

and that said appointment is in full force and effect.

Given under my hand and seal of office at San Antonio, Texas, the 4th day of September A.D., 2007.





GERARD RICKHOFF, CLERK,
PROBATE COURT NO. 1
BEXAR COUNTY, TEXAS

By _Teresa Guerra_ , Deputy
TERESA GUERRA

(DKP013)

yo fee

NO. 2007-PC-2379

FILED
IN MATTERS PROBATE

| | |
|---|---|
| ESTATE OF | IN THE PROBATE COURT |
| REV. DANIEL LEE, | NUMBER TWO 2007 SEP 17 PM 3:33 |
| DECEASED | BEXAR COUNTY, TEXAS KHOFF |

CLERK PROBATE COURTS

## INVENTORY APPRAISEMENT AND LIST OF CLAIMS

BY _____
DEPUTY

TO THE HONORABLE JUDGE OF SAID COURT:

REV. DANIEL CORNELIUS LEE, Independent Executor of the Estate of REV.

DANIEL LEE, Deceased, submits for the Court's approval the following true and

complete Inventory, Appraisement and List of Claims of all property of the estate that has

come to his possession or knowledge, valued as of June 9, 2007, the date of death,

together with a list of claims due and owing to the estate. The following property is the

separate property of the Decedent:

**I. REAL PROPERTY:**
The house and lot located at 843 F. Street
San Antonio, Bexar County, Texas and better described
as NCB 10274, Bock 14, Lots 33 and 34                    $97,840.00

**II. PERSONAL PROPERTY:**
A. Furniture and furnishings located at 843 F. Street
   San Antonio, Texas                           $1,000.00

B. 1995 Park Ave., Automobile VIN #1G4CW52K2SH604091      $4,000.00

C. 2005 Chrysler 300 Sedan VIN #2C3JA63H95H104371        $16,000.00

TOTAL: $118,840.00

**III. LIST OF CLAIMS:** None

WHEREFORE, REV. DANIEL CORNELIUS LEE, Independent Executor,

requests that this Inventory and List of Claims be approved and ORDERED entered of

record.

Respectfully submitted

RAUL X. VILLARREAL 20584500          REV. DANIEL CORNELIUS LEE,
809 S. St. Mary's                    Independent Executor of the Estate of
San Antonio, Texas 78205             REV. DANIEL LEE, Deceased
(210) 472-2227
(210) 224-0661 FAX
**ATTORNEY FOR INDEPENDENT EXECUTOR**

VOL 9715 PG 2322     SG

STATE OF TEXAS

COUNTY OF BEXAR                    KNOW ALL MEN BY THESE PRESENTS:

## OATH

I, REV. DANIEL CORNELIUS LEE, Independent Executor of the Estate of

REV. DANIEL LEE, having been duly sworn, hereby state on oath that the foregoing

Inventory, Appraisement and List of Claims is a true and complete statement of all of the

property and claims of the estate that have come to my knowledge.

REV. DANIEL CORNELIUS LEE,
Independent Executor of the Estate of REV.
DANIEL LEE, Deceased

SWORN TO AND SUBSCRIBED BEFORE ME by the said REV. DANIEL
CORNELIUS LEE, on this _13_ day of _SEPTEMBER_, 2007, to certify which
witness my hand and seal of office.

RAUL X. VILLARREAL
NOTARY PUBLIC
STATE OF TEXAS
My Comm. Exp. 07-17-2009

Notary Public, State of Texas

NO. 2007-PC-2379

| | |
|---|---|
| ESTATE OF | IN THE PROBATE COURT |
| REV. DANIEL LEE, | NUMBER ONE |
| DECEASED | BEXAR COUNTY, TEXAS |

## ORDER APPROVING INVENTORY, APPRAISEMENT AND LIST OF CLAIMS

On this day came on to be considered the foregoing Inventory, Appraisement and List of Claims of REV. DANIEL CORNELIUS LEE, Independent Executor of the Estate of REV. DANIEL LEE, and the Court having considered and examined the same and being satisfied that it is in due form as required by law and is true and correct, and no objections having been made thereto;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the foregoing Inventory, Appraisement, and List of Claims is hereby approved and ordered entered of record.

SIGNED this 2nd day of _October_, 2007.

_____
JUDGE PRESIDING

FILED

OCT 0 4 2007

GERI
CLERK PROBATE COURT NO. 1
BEXAR COUNTY TEXAS
BY_____ DEPUTY

IWOB
OATH 9-4-07